IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICHARD NELSON, | * |
| Petitioner, | * |
| v. | Case No. 7:24-cv-74 (WLS-TQL) |
| | * |
| JOSHUA CLARK BELL, et al., | |
| | * |
| Respondents. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 7, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of November, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk